ALBERT E. DURYEA, as Executor of ELIZA F. DURYEA, Deceased, Appellant, v. JENNIE M. KNAPP, as Administratrix of the Estate of JANE A. CONKLIN, Deceased, Respondent, Impleaded with Another.

SAME, Appellant, v. SAME, Respondent.

SAME, Appellant, v. SAME, Respondent.

MABEL D. POLHEMUS, Appellant, v. JENNIE M. KNAPP, as Administratrix of the Estate of JANE A. CONKLIN, Deceased, Respondent, Impleaded with Another.

*Duryea* v. *Knapp*, 174 App. Div. 131, affirmed (3 cases).

*Polhemus* v. *Knapp*, 174 App. Div. 131, affirmed.

(Argued March 27, 1918; decided April 23, 1918.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 1, 1916, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing judgment in favor of defendant, respondent. The actions were brought for the purpose of having it adjudged that certain bank deposits were the property of plaintiff. Three of the deposits were in the name of Jane Ann Conklin in trust for Eliza F. Duryea. The fourth was in the name of Jane Ann Conklin in trust for Mabel D. Polhemus. The Appellate Division held that said Jane Ann Conklin did

not divest herself of dominion, control and custody over said bank books, but retained the same, and on May 26, 1913, lawfully and effectively revoked the alleged tentative change in said bank accounts, and gave due notice of such revocation to said banks,. so that when she died she had a full title thereto.

*Charles F. Brown* and *Frank Comesky* for appellants. *Lyman Ward* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.